IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 3:20-CR-00394-E<br>3:20-CR-00395-E |
| DEARLO DELAEN MARTIN<br>Defendant | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court but reserved his right to object to the Report and Recommendation of the United States Magistrate Judge. The Defendant filed an objection and the Court has made a de novo review of those portions of the proposed Report and Recommendation to which the objection was made. The Court is of the opinion that the Report and Recommendation of the Magistrate Judge are correct, and the objections are overruled.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court.

SO ORDERED.

Signed May 7, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE